IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-63-FDW-DCK

| | |
|---|---|
| JOSEPH REA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GERBER LIFE INSURANCE ) | |
| COMPANY and GERBER PRODUCTS ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Lynnette D. Espy, filed March 30, 2012. Ms. Espy seeks to appear as counsel *pro hac vice* for Defendants Gerber Life Insurance Company and Gerber Products Company.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Espy is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants Gerber Life Insurance Company and Gerber Products Company.

Signed: March 30, 2012

David C. Keesler
United States Magistrate Judge